UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 15   4 25 PM '04
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: 3:01M309 (JGM) |
| v. | : | November 15, 2004 |
| ROOSEVELT CAMPBELL | : | |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of the complaint for unlawful flight to avoid prosecution which is currently pending against defendant Roosevelt Campbell. Defendant Campbell was recently arrested in Jamaica and extradited to the United States. He is now facing State murder charges in Hartford, Connecticut.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JONATHAN BIRAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct21922
157 Church Street
23rd Floor
New Haven, CT 06510
(203) 821-3700

Leave of court is granted for the filing of the foregoing dismissal. It is so ordered.

HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

Dated: 11/23/04
New Haven, Connecticut

*FILED 2004 NOV 23 A 3:59 U.S. DISTRICT COURT NEW HAVEN, CT*

2